**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES BRADLEY**                                                                                                   **PLAINTIFF**

**vs.**                                            **CASE NO. 4:20-CV-00520-JM**

**UNITED SPECIALTY INSURANCE COMPANY**                                      **DEFENDANT**

**AGREED ORDER GRANTING
DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S <u>UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

This matter comes before the Court on the Defendant United Specialty Insurance Company's Unopposed Motion for Extension of Time to File Answer (Doc. 10).  Having reviewed the motion, the pleadings, and the agreement of the parties, the Court hereby finds that the Motion should be and hereby is **GRANTED**.  Defendant United Specialty Insurance Company shall, therefore, have until 30 days after the issuance of an Order on the pending Motion for Transfer and Coordination within which to answer, move, or otherwise respond to the Complaint.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATED:_____June 24, 2020_____

APPROVED:


*/s/Dylan H. Potts (with permission)*
Dylan H. Potts (2001258)
Gill Gagon Owen, P.A.
425 W Capitol Ave # 3800
Little Rock, AR 72201
(501) 376-3800
dpotts@gill-law.com
*Counsel for Plaintiff, James Bradley*


*/s/Johnathan D. Horton*
Johnathan D. Horton (2002055)
WRIGHT, LINDSEY & JENNINGS LLP
200 W. Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
jhorton@wlj.com
*Counsel for Defendant, United Specialty Insurance Company*